SULLIVAN HILL REZ & ENGEL, APLC
Shannon D. Sweeney (CA Bar No. 204868)
(sweeney@sullivanhill.com)
600 B Street, 17th Floor
San Diego, CA 92101
(619) 595-3206

ROTHWELL FIGG ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040
Christopher Ott (CA Bar No. 235659)
(cott@rfem.com)
Leo M. Loughlin (*pro hac vice*)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Jennifer Maisel (*pro hac vice*)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Caitlin M. Wilmot (*pro hac vice* filed)
(DC Bar No. 241246)
(cwilmot@rfem.com)
Dylan Haversack (*pro hac vice* filed)
(VA Bar No. 95814)
(dhaversack@rfem.com)

*Attorneys for Plaintiff Vlad Zamfir*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAD ZAMFIR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CASPERLABS, LLC,<br><br>　　　　　Defendant. | Case No. 3:21-cv-474-TWR-AHG<br><br>**NOTICE FOR WITHDRAWAL OF COUNSEL** |

**CASE NO: 3:21-cv-474-TWR-AHG**

1

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Daniel McCallum is no longer counsel of record for Plaintiff Vlad Zamfir.  Mr. McCallum is no longer with the firm Rothwell Figg Ernst & Manbeck, P.C.  The remaining attorneys at Rothwell Figg Ernst & Manbeck, P.C. and Sullivan Hill Rez & Engel, APLC will continue as counsel for the Plaintiff in this matter.

    Please remove Mr. McCallum from all future notifications and mailings in this matter.

Dated: January 31, 2022

                                    */s/Shannon D. Sweeney*
SULLIVAN HILL REZ & ENGEL, APLC
Shannon D. Sweeney
(sweeney@sullivanhill.com)

ROTHWELL FIGG ERNST & MANBECK, P.C.
Christopher Ott
(cott@rfem.com)
Leo M. Loughlin (*pro hac vice*)
(lloughlin@rfem.com)
Jennifer Maisel (*pro hac vice*)
(jmaisel@rfem.com)
Caitlin M. Wilmot (*pro hac vice* filed)
(cwilmot@rfem.com)
Dylan Haversack (*pro hac vice* filed)
(dhaversack@rfem.com)

*Attorneys for Plaintiff
Vlad Zamfir*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, a copy of the foregoing document was filed with the Court's CM/ECF system which provide service to all Counsel of Record.

                                      */s/ Shannon D. Sweeney*
                                      Shannon D. Sweeney