

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Vlad Zamfir, | Plaintiff, | Case No. 21-cv-474 TWR (AHG) |
| v. | | **PRO HAC VICE APPLICATION** |
| CasperLabs, LLC, | Defendant. | Vlad Zamfir |
| | | Party Represented |

I, Rachel M. Echols (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Rothwell, Figg, Ernst & Manbeck, P.C.
Street address: 607 14th Street, N.W., Suite 800
City, State, ZIP: Washington, DC 20005
Phone number: 202-783-6040
Email: rechols@rfem.com

That on December 7, 2009 (Date) I was admitted to practice before District of Columbia Court of Appeals (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Shannon D. Sweeney
(Name)

619-595-3206
(Telephone)

Sullivan Hill Rez & Engel
(Firm)

600 B Street, 17th Floor
(Street)

San Diego, CA
(City)

92101
(Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_Signature of Designee Attorney_