ROTHWELL FIGG ERNST & MANBECK, P.C.
Christopher Ott (CA Bar No. 235659)
cott@rothwellfigg.com
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Leo M. Loughlin (pro hac vice)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Jennifer Maisel (pro hac vice)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Rachel Echols (pro hac vice)
(DC Bar No. 991630)
rechols@rfem.com
Caitlin M. Wilmot (pro hac vice to be filed)
(DC Bar No. 241246)
(cwilmot@rfem.com)
Dylan Haversack (pro hac vice to be filed)
(VA Bar No. 95814)
(dhaversack@rfem.com)

Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Irina V. Lyapis (SBN 298723)
ilyapis@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:       (415) 591-1000
Facsimile:        (415) 591-1400

David Enzminger
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:       (213) 615-1700
Facsimile:        (213) 615-1750

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLAD ZAMFIR | Case No. 3:21-cv-00474-TWR-AHG |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT** |

| | | |
|---|---|---|
| 1 | v. | |
| 2 | | Hearing Date: May 5, 2022 |
| 3 | CASPERLABS, LLC, | Time: 1:30 p.m. |
| | | Courtroom: 3A |
| 4 | Defendant. | Judge: Hon. Todd W. Robinson |
| | | Magistrate: Hon. Allison H. Goddard |
| 5 | | |
| 6 | | Original Complaint Filed: March 17, 2021 |
| | | Trial Date: Not Yet Set |

2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to Rule 15(a) of the Federal Rules of Civil Procedure that on May 5, 2022, at 1:30 p.m. in Courtroom 3A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101, Plaintiff Vlad Zamfir ("Zamfir") will, and hereby does, move for an order granting Zamfir leave to file a Second Amended Complaint for Trademark Infringement; False Designation of Origin; Unfair Competition; Trademark Cancellation; Fraud by Intentional Misrepresentation; and California Bus. & Prof. Code § 17200 Unfair Competition ("Second Amended Complaint") against Defendant CasperLabs, LLC ("CasperLabs") (hereinafter the "Motion").

The Motion seeks an order granting Zamfir leave to file a Second Amended Complaint on the grounds that: (1) the balance of relevant interests weighs in favor of granting leave to amend; and (2) the proposed Second Amended Complaint furthers judicial economy.

Pursuant the Section III(A)(1) of the Court's Standing Order For Civil Cases the parties met and conferred in good faith in an to attempt to resolve the issue, but were unable to do so.

The Motion will be based upon:

1. This Notice of Motion and Motion;
2. The MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT submitted herewith;
3. The DECLARATION OF DAVID P. ENZMINGER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (with exhibits) submitted herewith;
4. any cross-motion, opposition, reply, surreply, or supplemental papers submitted in connection with the Motion;

|   |   |   |
|---|---|---|
| 1 | 5. | any proposed orders, tentative rulings, orders, or ruling filed or entered in connection with the Motion; |
| 2 | 6. | the pleadings, papers, or orders filed, served, and/or entered, and the proceedings to date, in this action; |
| 3 | 7. | proof of service of the foregoing pleadings, papers and orders; |
| 4 | 8. | any matters of which the Court may or must take judicial notice; |
| 5 | 9. | the comments and arguments of counsel and any evidence submitted at any oral hearing conducted in connection with the Motion; and |
| 6 | 10. | such and other further matters as are just and proper. |

Dated: March 8, 2022        By: */s/ Christopher Ott*
　　　　　　　　　　　　　　　Christopher Ott (CA Bar No. 235659)
　　　　　　　　　　　　　　　16501 Los Barbos
　　　　　　　　　　　　　　　Rancho Santa Fe, CA 592067
　　　　　　　　　　　　　　　ROTHWELL, FIGG, ERNST &
　　　　　　　　　　　　　　　MANBECK, P.C.
　　　　　　　　　　　　　　　607 14th Street, NW; Suite 800
　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　202-783-6040

　　　　　　　　　　　　　　　Jennifer A. Golinveaux (SBN 203056)
　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　101 California Street, 35th Floor
　　　　　　　　　　　　　　　San Francisco, CA 94111-5840
　　　　　　　　　　　　　　　Telephone:    (415) 591-1000

　　　　　　　　　　　　　　　*Attorneys for Plaintiff Vlad Zamfir*

4

**NOTICE OF MOTION AND MOTION TO FILE SECOND AMENDED COMPLAINT**
**Case No. 3:21-cv-00474-TWR-AHG**