ROTHWELL FIGG ERNST & MANBECK, P.C.
Christopher Ott, CA SBN 235659
(cott@rothwellfigg.com)
607 14th Street, N.W., Suite 800
Washington, DC  20005
(202) 783-6040

Leo M. Loughlin (admitted pro hac vice)
DC Bar No. 474963
(lloughlin@rfem.com)
Daniel McCallum (admitted pro hac vice)
DC Bar No. 1006938
(dmccallum@rfem.como)
Jennifer Maisel (admitted pro hac vice)
DC Bar No. 1025637
(jmaisel@rfem.com)
Caitlin M. Wilmot (pro hac vice to be filed)
DC Bar No. 241246
(cwilmot@rfem.com)
Dylan Haversack (pro hac vice to be filed)
VA Bar No. 95814
(dhaversack@rfem.com

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Shannon D. Sweeney, SBN 204868
(sweeney@sullivanhill.com)
600 B Street, 17th Floor
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Plaintiff, VLAD ZAMFIR

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| VLAD ZAMFIR, | Case No. 3:21-cv-474-TWR-AHG |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date: October 13, 2021 |
| CASPERLABS, LLC, | Time: 3:00 pm |
| | Courtroom: 3A |
| Defendant. | Judge: Hon. Todd W. Robinson |
| | Complaint Filed: March 17, 2021 |
| | Trial Date: Not Set |

#5063419v1                                    1                    Case No. 3:21-cv-474-TWR-AHG

1 | IT IS HEREBY CERTIFIED THAT:

2 | I, Shauna M. Matheny, am a citizen of the United States and am at least eighteen years of age. My business address is 600 B Street, Suite 1700, San Diego, California 92101. My electronic notification address is *matheny@sullivanhill.com*.

I am not a party to the above-entitled action. I have caused service of the following document(s):

**\*\* SEE ATTACHED LIST OF DOCUMENTS \***

by electronic mail on all parties to the email address provided in the CM/ECF System. A copy of this electronic mail is available for review and retained in our files.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2022, at San Diego, California.

*[signature: Shauna M. Matheny]*

Shauna M. Matheny

## **DOCUMENTS BEING SERVED**

- Notice of Motion and Motion to File Second Amended Complaint
- Declaration of David P. Enzminger
- Memorandum of Points and Authorities
- [Proposed] Order (Word version uploaded to Court and emailed separately)
- Clean Second Amended Complaint (with Exhibits A-O)
- Redline of Second Amended Complaint