ROTHWELL FIGG ERNST & MANBECK, P.C.
Christopher Ott (CA Bar No. 235659)
cott@rothwellfigg.com
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Leo M. Loughlin (pro hac vice)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Jennifer Maisel (pro hac vice)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Rachel Echols (pro hac vice)
(DC Bar No. 991630)
rechols@rfem.com
Caitlin M. Wilmot (pro hac vice to be filed)
(DC Bar No. 241246)
(cwilmot@rfem.com)
Dylan Haversack (pro hac vice to be filed)
(VA Bar No. 95814)
(dhaversack@rfem.com)

Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Irina V. Lyapis (SBN 298723)
ilyapis@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:       (415) 591-1000
Facsimile:       (415) 591-1400

David Enzminger
DEnzminger@winston.com
**Winston & Strawn LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone:       (213) 615-1700
Facsimile:       (213) 615-1750

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLAD ZAMFIR | Case No. 3:21-cv-00474-TWR-AHG |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF SECOND AMENDED COMPLAINT** |

v.

CASPERLABS, LLC,

               Defendant.

2

1 | **PLEASE TAKE NOTICE** that Plaintiff Vlad Zamfir hereby withdraws the
2 | Second Amended Complaint inadvertently filed without the accompanying Redline
3 | version of the document on March 8, 2022 as Docket No. 54.
4 | Dated: March 8, 2022        By: */s/ Christopher Ott*
5 |                                  Christopher Ott (CA Bar No. 235659)
  |                                  16501 Los Barbos
6 |                                  Rancho Santa Fe, CA 592067
7 |                                  ROTHWELL, FIGG, ERNST &
  |                                  MANBECK, P.C.
8 |                                  607 14th Street, NW; Suite 800
  |                                  Washington, DC  20005
9 |                                  202-783-6040
10 |
11 |                                 Jennifer A. Golinveaux (SBN 203056)
   |                                 WINSTON & STRAWN LLP
12 |                                 101 California Street, 35th Floor
   |                                 San Francisco, CA  94111-5840
13 |                                 Telephone:     (415) 591-1000
14 |
15 |                                 *Attorneys for Plaintiff Vlad Zamfir*

1
SECOND AMENDED COMPLAINT