| | |
|---|---|
| Jennifer A. Golinveaux (SBN 203056)<br>jgolinveaux@winston.com<br>Thomas J. Kearney (SBN 267087)<br>tkearney@winston.com<br>Irina V. Lyapis (SBN 298723)<br>ilyapis@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840<br>Telephone:   (415) 591-1000<br>Facsimile:    (415) 591-1400<br><br>David Enzminger (SBN 137065)<br>denzminger@winston.com<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071-1543<br>Telephone:   (213) 615-1700<br>Facsimile:    (213) 615-1750 | ROTHWELL FIGG ERNST & MANBECK P.C.<br>Christopher Ott (SBN 235659)<br>cott@rothwellfigg.com<br>16501 Los Barbos<br>Rancho Santa Fe, CA 92067<br>(202) 783-6040<br><br>Leo M. Loughlin (*pro hac vice*)<br>(DC Bar No. 474963)<br>(lloughlin@rfem.com)<br>Jennifer Maisel (*pro hac vice*)<br>(DC Bar No. 1025637)<br>(jmaisel@rfem.com)<br>Caitlin M. Wilmot (*pro hac vice* to be filed)<br>(DC Bar No. 241246)<br>(cwilmot@rfem.com)<br>Dylan Haversack (*pro hac vice* to be filed)<br>(VA Bar No. 95814)<br>(dhaversack@rfem.com) |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAD ZAMFIR,<br><br>          Plaintiff,<br>v.<br><br>CASPERLABS, LLC,<br><br>          Defendant. | Case No. 3:21-cv-00474-TWR-AHG<br><br>**NOTICE OF APPEARANCE OF THOMAS J. KEARNEY FOR PLAINTIFF VLAD ZAMFIR**<br><br>Original Complaint Filed: March 17, 2021<br>Trial Date: Not Yet Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Thomas J. Kearney of Winston & Strawn LLP, 101 California Street, 35th Floor, San Francisco, CA 94111, who is duly admitted to this Court hereby enters his appearance in the above-captioned matter as counsel for Plaintiff Vlad Zamfir. The undersigned respectfully requests to be included on the Court's notification of all electronic filings in the action, and that papers or documents not subject to electronic filing be served at the address below.

Dated: April 20, 2022    By: *s/ Thomas J. Kearney*

Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Plaintiff Vlad Zamfir*