
Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Enzminger (SBN 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ROTHWELL FIGG ERNST & MANBECK P.C.
Christopher Ott (SBN 235659)
cott@rothwellfigg.com
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Leo M. Loughlin (*pro hac vice*)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Jennifer Maisel (*pro hac vice*)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Rachel Echols (pro hac vice)
(DC Bar No. 991630)
(rechols@rfem.com)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

VLAD ZAMFIR,

Plaintiff,

v.

CASPERLABS, LLC,

Defendant.

Case No. 3:21-cv-00474-TWR-AHG

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Irina Lyapis is no longer with the firm Winston & Strawn LLP, and no longer counsel of record for Plaintiff Vlad Zamfir. The remaining attorneys at Winston & Strawn LLP and Rothwell Figg Ernst & Manbeck, P.C. will continue as counsel for Plaintiff in this matter.

Please remove Ms. Lyapis from all future notifications and mailings in this matter.

Dated: October 26, 2022

/s/ *Jennifer A. Golinveaux*

Jennifer A. Golinveaux (SBN 203056)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Christopher Ott (SBN 235659)
16501 Los Barbos
Rancho Santa Fe, CA 92067
ROTHWELL FIGG ERNST & MANBECK, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Phone: (202) 783-6040

*Attorneys for Plaintiff*