David P. Enzminger (SBN 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Jennifer Maisel (*pro hac vice*)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Leo M. Loughlin (*pro hac vice*)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Rachel Echols (pro hac vice)
(DC Bar No. 991630)
(rechols@rfem.com)
ROTHWELL FIGG ERNST &
MANBECK P.C.
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Shannon D. Sweeney
SULLIVAN HILL REZ & ENGEL APLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372

*Attorneys for Plaintiff Vlad Zamfir*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAD ZAMFIR,<br><br>   Plaintiff,<br>v.<br><br>CASPERLABS, LLC,<br><br>   Defendant. | Case No. 3:21-cv-00474-JES-AHG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vlad Zamfir
2  hereby gives notice that this action is voluntarily dismissed pursuant to a settlement
3  between the parties. Defendant has not answered the third amended complaint or filed
4  a motion for summary judgement, and the parties have resolved this matter.
5  Accordingly, Plaintiff voluntary dismisses this action with prejudice.

7  Dated:  June 22, 2023                    Respectfully submitted,

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94115
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David P. Enzminger (SBN 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer Maisel (*pro hac vice*)
(DC Bar No. 1025637)
(jmaisel@rfem.com)
Leo M. Loughlin (*pro hac vice*)
(DC Bar No. 474963)
(lloughlin@rfem.com)
Rachel Echols (pro hac vice)
(DC Bar No. 991630)
(rechols@rfem.com)
ROTHWELL FIGG ERNST & MANBECK P.C.
16501 Los Barbos
Rancho Santa Fe, CA 92067
(202) 783-6040

Shannon D. Sweeney
SULLIVAN HILL REZ & ENGEL APLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone:  (619) 233-4100
Facsimile:   (619) 231-4372